FILED
CLERK, U.S. DISTRICT COURT
MAR 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___X___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: MJ-09-604 |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| JACK PERKETT ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the EASTERN District of California via for alleged violation(s) of the terms and conditions of (his)/her [~~probation~~] {supervised release}; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___A'S SUBMISSION___

and/or

B. [X] The defendant has not met his/her burden of establishing by ~~clear and convincing~~ evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant's submission, as well as his prior criminal history, including underlying drug offense for which he received 110 months imprisonment

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 30, 2009

JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE

2